UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Eugeni Tsvetnenko

          Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

15 -CR- 616 (AT)

Defendant **Eugeni Tsvetnenko** hereby voluntarily consents to participate in the following proceeding via teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Eugeni Tsvetnenko
Print Defendant's Name

_____
Defendant's Counsel's Signature

Joshua L Dratel
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

January 28, 2022
Date

_____
Ona T. Wang
United States Magistrate Judge