```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/8/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA : | <u>ORDER ACCEPTING</u> <u>PLEA ALLOCUTION</u> |
| -v.- : | |
| EUGENI TSVETNENKO, : | S6 15 Cr. 616 (AT) |
| a/k/a "Zhenya," | |
| : | |
| Defendant. | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on February 18, 2022;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that defendant Eugeni Tsvetnenko waived indictment and entered the guilty pleas knowingly and voluntarily and that there is a factual basis for the guilty pleas,

IT IS HEREBY ORDERED that the defendant's waiver of indictment and guilty pleas to Counts One and Two of the above-referenced Superseding Information are accepted.

Sentencing in this matter shall occur on **May 18, 2022**, at **2:00 p.m.** Defendant's submission is due by **May 4, 2022**. The Government's submission is due by **May 11, 2022**.

SO ORDERED.

DATED:      March 8, 2022
            New York, New York

_____
ANALISA TORRES
United States District Judge