UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

EUGENI TSVETNENKO,

                         Defendant.

<div style="float:right">

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/26/2022_____

15 Cr. 616-8 (AT)

**ORDER**

</div>

ANALISA TORRES, District Judge:

The sentencing in this case scheduled for July 13, 2022, is RESCHEDULED to **June 28, 2022**, at **11:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendant's submission is due by **June 14, 2022**.  The Government's submission is due by **June 21, 2022**.

In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted. An approved mask will be provided if an individual does not have one.

SO ORDERED.

Dated: May 26, 2022
       New York, New York

_____
  ANALISA TORRES
  United States District Judge